MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

KEVIN J. BARRY (CABN 229748)
Assistant United States Attorney
    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    E-Mail: kevin.barry@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 94-MJ-30004 MAG |
| Plaintiff, ) | |
| v. ) | **UNITED STATES' MOTION TO DISMISS CRIMINAL COMPLAINT AND [PROPOSED] ORDER** |
| SLAVADOR TOLEDO PABLO, ) | |
| Defendant. ) | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above-captioned complaint charging the defendant with a violation of 18 U.S.C. § 1073, unlawful flight to avoid prosecution, and moves that the Court quash the arrest warrant issued in connection with the complaint in this case. The fugitive defendant has been apprehended in Mexico, has been

//

//

//

//

1  extradited to the United States, and has been turned over to the custody of the San Jose Police
2  Department.

DATED: April 2, 2013                                Respectfully submitted,

                                                    MELINDA HAAG
                                                    United States Attorney

                                                    _____/s/_____
                                                    KEVIN J. BARRY
                                                    Assistant United States Attorney

**[PROPOSED] ORDER**

　　　　Based upon the motion of the United States, IT IS HEREBY ORDERED that leave is granted to the United States to dismiss the complaint in case number CR 94-MJ-30004 MAG. It is further ordered that the arrest warrant issued in connection with that complaint is quashed.

DATED:  April 3, 2013                               _____
                                                    HON. JACQUELINE SCOTT CORLEY
                                                    United States Magistrate Judge

MOTION TO DISMISS COMPLAINT
CR 94-MJ-30004 MAG